FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0352

CHAD BURTON HILL and LOUISA BISSETTE,

Petitioners,

v.

MONTANA FIFTH JUDICIAL DISTRICT
COURT, BEAVERHEAD COUNTY,
HON. LUKE BERGER, Presiding,

Respondent.

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioners Chad Burton Hill and Louisa Bissette, via counsel, seek a writ of supervisory control to vacate an order of the Fifth Judicial District Court, Beaverhead County, in Cause Nos. DC-20-03960 and DC-20-3961, that removed their attorney, Jack Morris, from representing either of them in their criminal cases on the grounds that Morris has a conflict of interest. Petitioners maintain the District Court erred in precluding Morris from representing Petitioners in these matters. They further request that the District Court matters be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Fifth Judicial District Court and the State of Montana, or both, are each granted thirty days from the date of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying cases are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioners, all counsel of record in the Fifth Judicial District Court, Beaverhead County, Cause Nos. DC-20-03960 and DC-20-3961, and the Honorable Luke Berger, presiding.

DATED this ____ day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices